# United States District Courthouse
# District of Minnesota

16cv4015 DWF/SKT

Plaintiff

V.

Trinidad Jesus Garcia

Defendant (s)

Demand For Jury Trial

YES ☒ NO ☐

MEND Medical Services, Gwen Blossom, Michelle Skroch
Aramark Food Services,
Sherburne County Jail, Jail Administrator Brian Frank
U.S. Marshall's Service

## AMENDED COMPLAINT
### Amended on December 23rd, 2016

Parties:

**Plaintiff**

Trinidad Jesus Garcia

**Defendant (s)**

MEND Medical Services, Gwen Blossom and Michelle Skroch
Aramark Food Services
Sherburne County Jail, Jail Administrator
U.S. Marshall's Service

**Plaintiff**
Trinidad Jesus Garcia resides, or is a Sovereign American resident,
in the state and district of Minnesota.

**Defendant (s)**
MEND and it's Providers, Employees, Aramark, SCJ, U.S.M. are employed in the territorial jurisdiction,
in the state and and district of Minnesota.

**Defendant (s)** did commit an injury in the territorial
jurisdiction, in the state and district of Minnesota

**Plaintiff**

Trinidad Jesus Garcia gives witnessed affidavit herein,
demonstrating harm or injury.


SCANNED
DEC 29 2016
U.S. DISTRICT COURT MPLS

## STATEMENT OF THE CLAIM

I the above mentioned plaintiff, bring this
claim against **Defendant (s)**, for the following facts:

**1.** From at least as early as September, 2015, in the state
and district of Minnesota, the defendant,

MEND Medical Services, Aramark Food Services, Sherburne County Jail, and U.S. Marshall's Service

did unlawfully, knowingly, and intentionally commit
violations against plaintiff that caused harm, injury, and pain due to negligence, and failure to timely
repair the shower and other injuries by delaying medical care.

**2.** With respect to the defendant(s)
MEND Medical Services, <u>Aramark Food Services</u>, Sherburne County Jail, and U.S. Marshall's Service,

did unlawfully, knowingly, and intentionally serve the defendant less than quality meals at breakfast,
lunch and dinner for more than a one year period and in abuse of their official
power of authority, and is on going.

**3.** With respect to the defendant (s)
<u>MEND Medical Services</u>, Gwen Blossom and Michelle Skroch, Sherburne County Jail,
and U.S. Marshall's Service,

did unlawfully, knowingly, and intentionally ignore, minimize, delay, and deny as seen in plaintiff's
medical file any and most of plaintiff's medical needs including, having plaintiff walk about a quarter
mile to the clinic on an injured ankle after falling from the upper bunk due to no ladder present and no
railing or guard available to prevent falling out of bed at night despite plaintiffs request for a wheel
chair and clear serious injury, and plaintiff suffers from constant swelling in his left knee, ankle and
both wrist which has been and is ongoing for a period of over five months with no solution given as to
the possible problem. Also the denial of dentures even though all of his teeth have been pulled here
when one was pulled one next to it would need to be pulled because it was cracked or broken when the
previous one was pulled and now to be denied dentures and have to suffer through trying to chew food
that is not soft and being forced to eat potatoes that are not fully cooked is almost impossible and
relates to the previous issue.

**4.** With respect to the defendant(s)
MEND Medical Services, Aramark Food Services, Sherburne County Jail, and U.S. Marshall's Service,

did unlawfully, knowingly, and intentionally ignored, minimized, and justified the clear low quality,
food, and medical issues by not addressing filed complaints and grievances sometimes not even
responding to the grievance and medical staff minimizing my issues or even guessing on what it is or is
not without medical tests and just hoping the problem will go away on it's own.

**5.** Violations of PREA The Prison Rape Elimination Act in that announcements were not made
when a female would come into the unit. This is a facility that houses State as well as Federal offenders
and the policy as seen in office Memorandum from December 23, 2013.

From John R. King, Assistant Commissioner, Minnesota Department of Corrections states as follows:

- When an opposite gender staff enters a living unit that they are assigned to for that entire shift, they will make an announcement <u>only the first time they enter the unit</u>. The announcement will be something like "Female on deck" or " Female in the unit when a female staff enters a male living unit is sufficient. Similarly when male staff enters a female living unit.

- If staff are <u>not</u> assigned to a specific Living Unit for the entire shift; for example medical/behavioral health staff, utility staff who are providing relief, supervisors and administrators, <u>they will be announcing themselves every time</u> they enter a living unit of the opposite sex.

- This does not apply to emergency situations.

This is almost never done and is a violation of PREA

<u>6.</u>    In regards to a specific incident that occurred on November, 25th, 2016 at approximately 9:05 P.M. in unit Delta South I fell and hit my head, injured my neck, my right arm, my left shoulder, my left lower back and my left hip.

This was due to negligence and failure to repair shower number D3S3 right by my room D316 where water comes out of the shower and pools up near my door.
I am in pain due to this fall and may very well have ongoing serious pain and medical issues in the future due to the fall.

I am asking the court to grant all of the request for relief in this matter otherwise people will continue to receive injuries due to the lack of a safe environment.

## REQUEST FOR RELIEF

I hereby request the court to order the Defendant(s) to fulfill the following:

**1.** That another medical provider be hired in the place of MEND, that Gwen Blossom and Michelle Skroch be relieved of their positions at this facility.

**2.** That another food service be hired in the place of ARAMARK.

**3.** That other trays similar to the breakfast trays be provided for lunch and dinner with lids in order to keep the food warm or possibly hot rather than cold and carts that are similar to ones other county jails provide that keep the food warm and to stop serving low quality food including potatoes that are rotten and black, beans that have foreign objects in them including sticks and small rocks.

**4.** That the beds be brought up to standard where there is a ladder with a backing plate on the ladder such as the Dakota County Jail has, which prevents any suicidal thoughts that may be an issue.

**5.** That the beds have a rail or guard installed to prevent anyone from falling out of the top bunk.

**6.** That the showers be repaired and given no slip paper be installed on the inside and outside floor and that the showers be given guards to prevent water from coming out onto the floor and creating dangerous situations.

**7.** That the PREA Conditions be honored.

**8.** That I be given full medical treatment for my ankle and ongoing knee injury which occurred while at the Sherburne County Jail.

**9.** That I be given dentures due to the dentist here being a pull only dentist, my teeth probably could have been saved or repaired but that is not their policy here, they only pull, not repair or fill teeth, so I should be allowed to have dentures put in at the cost of the plaintiffs.

**10.** That I be given compensation and/or punitive damages for my pain and suffering in the amount of $20,000 up to $100,000 Dollars.

Signed this 23rd day of December 2016      Witness _____

Signature of Plaintiff _Trinidad Garcia_      Witness _____