# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Trinidad Jesus Garcia,            Civil No. 16-4015 (DWF/BRT)

    Plaintiff,

v.                                           **ORDER ADOPTING REPORT AND RECOMMENDATION**

MEND Medical Services; Gwen Blossom;
Michelle Skroch; Aramark Food Services;
Sherburne County Jail; Jail Administrator
Brian Frank; and U.S. Marshals Service,

    Defendants.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated April 7, 2017. (Doc. No. 8.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

## ORDER

1. Magistrate Judge Becky R. Thorson's April 7, 2017 Report and Recommendation (Doc. No. [8]) is **ADOPTED**.

2. Defendants Aramark Food Services, Sherburne County Jail, and U.S. Marshal Service are **SUMMARILY DISMISSED** from this action.

3. The following claims are **SUMMARILY DISMISSED**:

      a.      Garcia's claim that the food provided at Sherburne County Jail is constitutionally inadequate.

      b.      Garcia's claims under the Prison Rape Elimination Act of 2003.

      c.      Garcia's claim regarding the grievance procedures at Sherburne County Jail.

Dated: May 11, 2017        s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  United States District Judge