UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Trinidad Jesus Garcia,                          Civil No. 16-4015 (DWF/BRT)

          Plaintiff,

v.                                        **ORDER ADOPTING REPORT AND RECOMMENDATION**

MEND Medical Services and Gwen Blossom,

          Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated September 28, 2018. (Doc. No. 113.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Judge Becky R. Thorson's September 28, 2018 Report and Recommendation (Doc. No. [113]) is **ADOPTED**.

2. Defendants' Motion for Summary Judgment (Doc. No. [94]) is **GRANTED**.

3. Plaintiff's Motion to Compel (Doc. No. [104]) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  October 22, 2018		s/Donovan W. Frank
					DONOVAN W. FRANK
					United States District Judge